IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2342 12-MD-2342 |
| | : : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | : : | CIVIL ACTION |
| *Hagan*, et al. *v. Pfizer, Inc.*, et al. *Gregory v. Pfizer, Inc.* *Hubbs*, et al. *v. Pfizer, Inc.* | : : : | No. 12-2125 No. 12-2237 No. 12-2443 |

## ORDER

**AND NOW**, this 29th day of May 2014, upon consideration of the Motions to Dismiss without Prejudice [MDL Docket Nos. 292, 302, and 330] in the above-captioned cases and Defendants' responses thereto, it is hereby **ORDERED** that the Motions are **GRANTED** on the following terms that the Court finds just and proper pursuant to Federal Rule of Civil Procedure 41(a)(2): The cases are **DISMISSED WITHOUT PREJUDICE** and without costs or fees to any party, provided that any re-filing of the claims, if done during the pendency of this MDL, shall be in an appropriate federal court and subject to transfer to this MDL for pre-trial proceedings. The Clerk is directed to **CLOSE** the cases.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.